UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Scarlett Simmons, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>First Credit Services, Inc. and John Does 1-25,<br><br>Defendants. | Case No. 3:21-cv-00186-REP |

**DEFENDANT FIRST CREDIT SERVICES, INC.'S MOTION TO DISMISS**

Defendant First Credit Services, Inc., by counsel, and pursuant to Fed. R. Civ. P. 12(b)(1) and (6), submits this Motion to Dismiss Plaintiff Scarlett Simmons' Complaint for lack of subject matter jurisdiction due to a lack of standing and for failure to state a claim upon which relief can be granted. The reasons for this Motion are set forth in the memorandum contemporaneously filed herewith.

WHEREFORE, Defendant First Credit Services, Inc. respectfully requests that the Court enter an order: (1) dismissing the Complaint with prejudice and (2) granting First Credit Services, Inc., such other and further relief as may be appropriate.

[SIGNATURE PAGE FOLLOWS]

1

Dated: June 4, 2021.	Respectfully submitted,

              /s/ *Meagan A. Mihalko*
              Meagan A. Mihalko
              Virginia State Bar. No. 80703
              TROUTMAN PEPPER
              HAMILTON SANDERS LLP
              1001 Haxall Pt.
              Richmond, VA 23219
              Phone: (804) 697-1281
              Email: meagan.mihalko@troutman.com

              Chad V. Echols (*Pro Hac Vice to be filed*)
              David A. Grassi, Jr. (*Pro Hac Vice to be filed*)
              The Echols Firm, LLC
              224 Oakland Ave.
              Rock Hill, SC 29730
              Phone: (803) 329-8970
              Email: chad.echols@theecholsfirm.com
              Email: david.grassi@theecholsfirm.com

              *Counsel for Defendant First Credit Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Aryeh E. Stein
Meridian Law LLC
600 Reisterstown Road, Suite 700
Baltimore, MD 21208
astein@meridianlawfirm.com

Raphael Deutsch
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601
rdeutsch@steinsakslegal.com

/s/ *Meagan A. Mihalko*
Meagan A. Mihalko
Virginia State Bar No. 80703
TROUTMAN PEPPER
HAMILTON SANDERS LLP
1001 Haxall Pt.
Richmond, VA 23219
Phone: (804) 697-1281
Email: meagan.mihalko@troutman.com